FILED

03/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0483

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0483

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

JAMIE CAL FUSON,

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 60-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including May 31, 2022, within which to prepare, serve, and file its response brief.

**MP**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 25 2022